IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| **LINDA DOTY**, | * | Civil No. 4:14-cv-00407 |
| Plaintiff, | * | |
| v. | * | |
| **KNOWLEDGE UNIVERSE EDUCATION LLC** d/b/a **KINDERCARE LEARNING CENTERS**, | * | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | * | |

**COME NOW** the parties to this action, by and through their respective undersigned counsel, and stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1) that the above-captioned action is dismissed in its entirety with prejudice, with each party responsible for its own costs and attorneys' fees.

Respectfully Submitted,

**LeGRANT LAW FIRM, P.C.**

By  /s/ Andrew L. LeGrant
Andrew L. LeGrant        AT0008908
Margret E. White         AT0012018
2900 100th Street, Suite 304
Urbandale, Iowa 50322
Telephone: (515) 331-6500
Facsimile:  (855) 331-6509
Email: alegrant@legrantlaw.com
Email: mwhite@legrantlaw.com

ATTORNEYS FOR PLAINTIFF

1

/s/ Sharon K. Malheiro
Sharon K. Malheiro (AT0004936)
Margaret A. Hanson (AT0011866)
Davis, Brown, Koehn, Shors &
 Roberts, P.C.
215 10th Street, Suite 1300
Des Moines, Iowa 50309
Telephone: 515-288-2500
Facsimile: 515-243-0654
E-mail: sharonmalheiro@davisbrownlaw.com
E-mail: maggiehanson@davisbrownlaw.com

ATTORNEYS FOR DEFENDANT